**KEVIN W. HARRIS, S.B.#133084**
Attorney at Law
kevinwayneharris@yahoo.com
1387 Garden Hwy., Ste. 200
Sacramento, CA 95833
Telephone: (916) 271-0688
Facsimile: (855) 800-4454

**RYAN P. FRIEDMAN , S.B.N. 252244**
**FRIEDMAN LAW FIRM, INC.**
**1383 Garden Hwy., Ste. 200**
Sacramento, CA 95833
Telephone: (916) 800-4454
Facsimile: (855) 800-4454

Attorneys for Plaintiff
**GILBERT, KELLY, CROWLEY & JENNETT LLP**
TIMOTHY W. KENNA, A PROFESSIONAL CORPORATION/Bar. No. 64280
tkenna@gilbertkelly.com
GLENN M. KENNA/Bar. No. 305092
gkenna@gilbertkelly.com
550 South Hope Street, 22nd Floor
Los Angeles, California 90071-2627
(213)615-7000; FAX (213) 615-7100

Attorneys for Defendant
GEICO INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Arsen Abramyan and Narina Zakharyan**, Plaintiff, vs. **GEICO INSURANCE COMPANY; AND DOES 1-40**, INCLUSIVE Defendant | Case No.: **2:16-cv-01069-MCE-AC** STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR HEARING DATE ON DEFENDANT GEICO INSURANCE COMPANY'S MOTION TO DISMISS AND PLAINTIFFS DATE TO FILE RESPONSE TO MOTION TO DISMISS Date: July 14, 2014 Time: 2:00 Ctr: 7 Complaint Filed: July 20, 2015 |

STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the following:

1) That the hearing date set in the instant matter for Defendant GEICO INSURANCE COMPANY'S FRCP 12(b) (6) MOTION TO DISMISS set for July 14, 2016, at 2:00 in Court Room 7 be continued for 28 days to August 11, 2016, at 2:00 in Court Room 7 or such time as the court has available thereafter:

2) That Plaintiffs Arsen Abramyan and Narina Zakharyan's response to Defendant GEICO 's INSURANCE COMPANY'S FRCP 12(b) (6) Motion to Dismiss be served and filed on or about July 28, 2016 (28 days after the response was originally due) to oppose the motion to dismiss the Fifth Cause of Action under California Civil Code §§51 and 52.

3) That Plaintiffs Arsen Abramyan and Narina Zakharyan do not oppose the Motion to Dismiss the Fourth Cause of Action for violations of California Insurance Code §790.

4) Good cause exists due to mistake, inadvertence, or excusable neglect in Plaintiffs' counsel inadvertently failing to calendar this case properly.

Plaintiffs' counsel respectfully apologizes for inadvertently failing to adequately calendar this case and respectfully requests the time to properly file the opposition to the motion as stated above.

Respectfully submitted,

Dated: July 11, 2016           /s/ *Kevin W. Harris*
                               KEVIN W. HARRIS
                               Attorney for Plaintiff


Dated: July 11, 2016           /s/ GLENN M. KENNA
                               Glenn M. Kenna
                               Attorney for Defendant
                               GEICO INSURANCE COMPANY

STIPULATION AND ORDER FOR EXTENSION OF TIME

**ORDER**

In accordance with the foregoing stipulation, having reviewed the Declaration of Kevin W. Harris, and good cause appearing, the hearing date for Defendant Geico's Motion to Dismiss (ECF No. 5) is hereby reset for August 11, 2016 at 2:00 p.m.   Further briefing on the Motion shall be calendared in accordance with that new date.  The Court's Order to Show Cause filed July 11, 2016 (ECF No. 8) is discharged.

IT IS SO ORDERED.

Dated: July 14, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENSION OF TIME