# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSEN ABRAMYAN and NARINA ZAKHARYAN,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>GEICO INSURANCE COMPANY, and Does 1-40, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-CV-01069-MCE-AC<br><br>**Assigned to Hon. Morrison C. England, Jr.**<br>**Courtroom: 7**<br><br>**ORDER GRANTING *EX PARTE* APPLICATION** |

　　Having considered the *ex parte* Application of GOVERNMENT EMPLOYEES INSURANCE COMPANY for an extension of time to file dispositive motions to April 13, 2018, and good cause appearing, it is hereby ordered that the deadline to file dispositive motions in this matter is continued to April 13, 2018.

　　IT IS SO ORDERED.

**Dated: April 10, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE