**KEVIN W. HARRIS, S.B.#133084**
Attorney at Law
kevinwayneharris@yahoo.com
1387 Garden Hwy., Ste. 200
Sacramento, CA 95833
Telephone: (916) 271-0688
Facsimile: (855) 800-4454

**RYAN P. FRIEDMAN , S.B.N. 252244**
FRIEDMAN LAW FIRM, INC.
1383 Garden Hwy., Ste. 200
Sacramento, CA 95833
Telephone: (916) 800-4454
Facsimile: (855) 800-4454

Attorneys for Plaintiffs

**FREEMAN MATHIS & GARY, LLP**
MARC J. SHRAKE / Bar No. 219331
MShrake@fmglaw.com
ISIS D. MIRANDA / Bar No. 313855
IMiranda@fmglaw.com
550 South Hope Street, 22nd Floor
Los Angeles, CA 90071-2631
(213) 615-7020

Attorneys for Defendant
GOVERNMENT EMPLOYEES INSURANCE
COMPANY (erroneously sued and served as
GEICO INSURANCE COMPANY)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSEN ABRAMYAN and NARINA ZAKHARYAN, <br><br> Plaintiffs, <br> v. <br><br> GEICO INSURANCE COMPANY, and Does 1-40, inclusive, <br><br> Defendants. | Case No. 2:16-cv-01069-MCE-AC <br><br> Assigned to Hon. Morrison C. England, Jr. <br> Courtroom: 7 <br><br> **NOTICE OF CONFIDENTIAL SETTLEMENT, STIPULATION TO DISMISS, COURT ORDER OF DISMISSAL** |

PLEASE TAKE NOTICE pursuant to Local Rules 160 and 272 that the instant action has been settled by way of a confidential settlement and all actions necessary to resolution of the case have been completed.

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, the following:

1. That the instant matter has been resolved by way of a confidential settlement agreement and all requirements of the agreement have been taken;
2. That an order granting dismissal of the case with each side to bear their own costs and attorneys' fees shall be entered in this matter.

Dated: January 28, 2020          KEVIN W. HARRIS, ATTORNEY AT LAW

                                 By: /s/ KEVIN W. HARRIS
                                     KEVIN W. HARRIS
                                     Attorneys for Plaintiffs
                                     ARSEN ABRAMYAN and NARINA
                                     ZAKHARYAN

Dated: January 28, 2020          FRIEDMAN LAW FIRM, INC.

                                 By: /s/ RYAN P. FRIEDMAN
                                     RYAN P. FRIEDMAN
                                     Attorneys for Plaintiffs
                                     ARSEN ABRAMYAN and NARINA
                                     ZAKHARYAN

Freeman Mathis
& Gary, LLP
Attorneys at Law

NOTICE OF CONFIDENTIAL SETTLEMENT, STIPULATION TO DISMISS, COURT ORDER OF DISMISSAL

Dated: January 28, 2020                FREEMAN MATHIS & GARY, LLP


By: /s/ ISIS D. MIRANDA
MARC J. SHRAKE
ISIS D. MIRANDA
Attorneys for Defendant
GOVERNMENT EMPLOYEES INSURANCE COMPANY
(erroneously sued and served as GEICO INSURANCE COMPANY)

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, it is hereby ordered by this Court that the entire action in *Arsen Abramyan and Narina Zakharyan v. GEICO Insurance Company; and Does 1-40, inclusive*, Case No. 2:16-CV-01069-MCE-AC, is DISMISSED pursuant to a confidential settlement agreement, each side to bear their own attorneys' fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED: January 31, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE